```
1  BANNING MICKLOW BULL & LOPEZ LLP
   Edward M. Bull, III, State Bar No. 141966
2  Eugene A. Brodsky, Esq., State Bar No. 36691
   Jennifer L. Fiore, State Bar No. 203618
3  One Market Street
   Steuart Street Tower, Suite 1440
4  San Francisco, California 94105
   Telephone:    (415) 399-9191
5  Facsimile:    (415) 399-9192

6  Attorneys for Plaintiff
   WARREN BLAKE
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN BLAKE, | CASE NO. C 03 4500 MJJ |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEF EXTENSION OF TIME IN WHICH TO FILE OPPOSITIONS TO MOTIONS IN LIMINE |
| vs. | |
| DOUGLAS CAIRNS, *in personam*, and TAMI WILLIAM CAIRNS, *in personam,* F/V SEA QUEST, Official No. 274212, her engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate and respectfully request a brief extension of time of 1 court day in which to file oppositions to Motions in Limine. Pursuant to the Court's standing order, the oppositions are due to be filed tomorrow, October 18, 2005, which is 5 court days before the final pretrial conference of October 25, 2005. The parties previously stipulated to a brief extension of three days in which to file the Motions in Limine, which were filed on October 14, 2005. Since the motions in limine were filed only 1 court day ago, the parties respectfully request a brief extension of time of 1 court day to October 19, 2005, in which to file their oppositions to Motions in Limine.

IT IS SO STIPULATED.

///

---

1

Stipulation and [~~Proposed~~] Order Re: Brief Extension            [Case No. CGC-03-4500 MJJ]

| | | |
|---|---|---|
| 1 | Dated: October 17, 2005 | BANNING MICKLOW BULL & LOPEZ, LLP |
| 2 | | |
| 3 | | By:  /s/ Jennifer L. Fiore |
| | | EDWARD M. BULL, III |
| 4 | | EUGENE A. BRODSKY |
| | | JENNIFER L. FIORE |
| 5 | | Attorneys for Plaintiff |
| | | WARREN BLAKE |
| 7 | Dated: October 17, 2005 | BIRNBERG & ASSOCIATES |
| 9 | | By:  /s/ Cory A. Birenberg |
| 10 | | CORY A. BIRNBERG |
| | | Attorneys for Defendants |
| | | DOUGLAS AND TAMI CAIRNS |

**ORDER**

Pursuant to stipulation, it is hereby ordered that the parties shall have until October 19, 2005, to file oppositions to Motions in Limine.

DATED: October 24, 2005

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE