United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARREN BLAKE,

    Plaintiff,

v.

DOUGLAS CAIRNS, *in personam*,
TAMI WILLIAM CAIRNS, *in personam*,

    Defendants.
                              /

No. C 03-04500 WHA

**ORDER AMENDING DEADLINE
FOR PROPOSED FORM OF
ORDER ON MOTIONS IN LIMINE**

    On November 14, 2005, the Court issued an Order directing the parties to file a joint proposed order capturing the Court's rulings on the parties' Motions in Limine. (Doc. No. 170.) The parties shall submit this proposed order to the Court at the hearing on **FRIDAY, NOVEMBER 18, 2005**.

    **IT IS SO ORDERED.**

Dated: November 16, 2005.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE