**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN BLAKE,                                          No. C-03-4500 WHA (JCS)

        Plaintiff(s),

    v.                                                         **NOTICE AND ORDER SETTING**
                                                             **FURTHER SETTLEMENT CONFERENCE**

DESMOND T. WILLIAMS, ET AL.,                    **(E-FILING CASE)**

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a Further Settlement Conference has been scheduled before the undersigned for **November 23, 2005, at 1:00 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  Updated confidential Settlement Conference Statements shall be lodged with the Court by **noon on November 21, 2005**.

      Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

      Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

      IT IS SO ORDERED.

Dated: November 21, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge