| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| 2 | **CORY A. BIRNBERG (SBN #105468)**<br>**703 Market Street Suite 600** |
| 3 | **San Francisco, California 94103**<br>**Telephone Number: (415) 398-1040** |
| 4 | **Facsimile Number: (415) 398-2001** |
| 5 | **Attorneys for Defendants** |
| 6 | **DOUGLAS AND TAMI CAIRNS** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN BLAKE,                            ) | Case No.   C03 4500 WHA |
| Plaintiff,                               ) | |
| vs.                                      ) | STIPULATION FOR |
|                                          ) | DISMISSAL AND ORDER |
| **DOUGLAS CAIRNS**, *in personam*, **TAMI** ) | THEREON |
| **WILLIAMS CAIRNS**, *in personam* and   ) | |
| F/V SEA QUEST, Official No. 274212,      ) | |
| her engines, tackle, apparel, furniture, ) | |
| etc., <u>in</u> <u>rem</u>,              ) | |
|                                          ) | |
| Defendants.                              ) | |

It is HEREBY STIPULATED by and between plaintiff, Warren Blake, and defendants, DOUGLAS CAIRNS and TAMI WILLIAMS CAIRNS, *in personam*, through their respective attorneys, that based upon the settlement of this action, Defendants DOUGLAS AND TAMI WILLIAM CAIRNS are dismissed *with prejudice*.

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1  IT IS SO STIPULATED.

2  Dated: 25 November 2005                    BIRNBERG & ASSOCIATES

3

4                                             By:  /s/ Cory A. Birnberg
                                                  Cory A. Birnberg
                                                  Attorneys for Defendants
5                                                 Douglas and Tami Cairns

6

7  Dated: 25 November 2005                    Banning Micklow Bull & Lopez

8

9                                             By:  /s/ Jennifer L. Fiore
                                                  Jennifer L. Fiore
10                                                Attorneys for Plaintiff
                                                  Warren Blake
11

12                                   ORDER

13     Based upon the foregoing Stipulation pursuant to settlement, and good cause

14 appearing therefore, Defendants DOUGLAS AND TAMI WILLIAM CAIRNS and the case

15

16 against them are dismissed with prejudice.
   The Court retains no jurisdiction to enforce the
17 settlement agreement between the parties.

18  DATED: November  28 , 2005
                                               _____
19                                             The Honorable William H. Alsup
                                               United States District Judge

IT IS SO ORDERED
Judge William Alsup

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001